

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

**TWELFTH COURT OF APPEALS**

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

Thursday, September 10, 2015

William Wallace Frey
#1718159
Powledge Unit
1400 FM 3452
Palestine, TX 75803

REC'D IN COURT OF APPEALS
12th Court of Appeals District
SEP 30 2015
TYLER TEXAS
PAM ESTES, CLERK

RE:   Case Number:              12-14-00322-CV
      Trial Court Case Number:  349-7327

Style:  William Wallace Frey
        v.
        Raymond Hendrix, et al

This is to acknowledge receipt of your communication dated September 2, 2015.

In response to your inquiries, please be advised that:

1.    The mandate in this case was issued on March 17, 2015. Therefore, this Court no longer has jurisdiction over this appeal.
2.    Enclosed for return is your Letter.

Very truly yours,

PAM ESTES, CLERK

By: _____
    Ashley Yount, Deputy Clerk

*Its because of this courts mixups in the causes that this court doesnt have jurisdiction and the mandate was issued MR Frey shouldnt have to suffer because of this courts mixup.*

William Frey

V.S

William stephens, Raymond Hendrix
Kevin wheat, Gracelia Ramos

9-2-2015

REC'D IN COURT OF APPEALS
12th Court of Appeals District
SEP 10 2015
TYLER TEXAS
PAM ESTES, CLERK

Dear Clerk of said court,

I filed two appeals, Brief with this court from the 349th District court.

this court has stated the suits are the same this is incorrect. the facts are the same in both lawsuits however the cause of action in not the same the Original lawsuit was filed because Texas Department of Criminal Justice would not return the property to appellant after the time of the original lawsuit. Appellant attempted to have Texas Department of Criminal Justice give the property to Appellants wife which TDCJ Requires such property to be given to wife if appellant choices to do so, Appellant contends that this court has mixed up the two suits and has erroniously dismissed them appellants asked this court to please correct the mix up

Sincerely

William W... 1718159

Powledge Unit 1400 Fm 3452

Palestine Tx 75803